# CONSENT FORM

1. I consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, to recover unpaid wages I may be owed by my current or former employers, Laughing Out Loud Restaurant Group, LLC, Tony Shaw, and Michael A. Miller.

2. During the past three years, I worked as a tipped employee at either the Arena Tavern located at 2000 Satellite Boulevard, Duluth, GA 30097, or Nacho Daddy's located at 3375 Sugarloaf Parkway, Suite 101, Lawrenceville, GA 30044.

3. I hereby designate the law firms of Blake Andrews Law Firm, LLC and Kaine Law, LLC to represent me in this action.

4. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Laughing Out Loud Restaurant Group, LLC, Tony Shaw, and Michael A. Miller.

Date: 1/17/2011

Print Name: Ryan Walsh

Signature: *[signed]*