IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| COLE REGISTER,<br>Individually and on behalf of others<br>similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>LAUGHING OUT LOUD<br>RESTAURANT GROUP, LLC, TONY<br>SHAW, and MICHAEL A. MILLER<br><br>    Defendants. | Civil Action Number:<br><br>1:10-cv-03861-TCB |

## ORDER

The above-styled case is before the Court on the parties' Joint Motion for Review and Approval of Settlement Agreement. The parties have requested that the Court review and approve the parties' proposed Settlement Agreement in this case because Plaintiff's Complaint includes claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, The Court has reviewed the Settlement Agreement and finds that the settlement is a fair and reasonable resolution of the parties' dispute. Accordingly, the Parties' Joint Motion is **GRANTED**, and the Settlement Agreement is **APPROVED** and incorporated herein.

IT IS SO ORDERED, this 13th day of January 2017.

1

_____
Timothy S. Batten
Judge, United States District Court